1  Alan J. Kessel (Cal. Bar No.: 130707)
   Keli N. Osaki (Cal. Bar No.: 179920)
2  Sandeep J. Shah (Cal. Bar No.: 210449)
   **BUCHALTER, NEMER, FIELDS & YOUNGER**
3  A Professional Corporation
   18400 Von Karman Avenue, Suite 800
4  Irvine, California 92612-0514
   Telephone: (949) 760-1121
5  Facsimile: (949) 720-0182
   sshah@buchalter.com
6
   Attorneys for Plaintiff DIRECTV, INC.
7

8                 UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

| | |
|---|---|
| 11  DIRECTV, INC., a California corporation, | Case No. CV-04-03417 EMC |
| 12       Plaintiff, | Hon. Edward M. Chen |
| 13     vs. | **STIPULATION FOR VOLUNTARY DISMISSAL OF DEFENDANT RICHARD THANG; [PROPOSED] ORDER THEREON** |
| 14  RICHARD THANG, | |
| 15       Defendant. | |

16

17       IT IS HEREBY STIPULATED by and between Plaintiff DIRECTV, Inc.

18  ("DIRECTV") and Defendant RICHARD THANG, through their respective counsel of record,

19  that the above-captioned action be and hereby is dismissed with prejudice, pursuant to Fed. R.

20  Civ. P. 41(a)(1).  Each of said parties to bear its/his/her own costs and attorney's fees.  Defendant

21  RICHARD THANG is the last remaining Defendant in this action.  This entire action as to all

22  remaining claims is hereby terminated in full.

23  DATED: May 3, 2005            Respectfully Submitted,

24                                BUCHALTER, NEMER, FIELDS & YOUNGER
                                  A Professional Corporation
25

26
                                  By: /s/ Sandeep J. Shah
27                                       Sandeep J. Shah
                                  Attorneys for Plaintiff DIRECTV, Inc.
28

BNFY 531817v1                        1                        (CV-04-3417 EMC)

| | | |
|---|---|---|
| 1 | DATED: May 3, 2005 | PARR LAW GROUP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Shawn R. Parr |
| | | Attorneys for Defendant RICHARD THANG. |

### ORDER

Having read the foregoing Stipulation for Voluntary Dismissal of Defendant THANG filed by the parties, and such other pleadings and papers deemed appropriate by the Court, and GOOD CAUSE appearing therefore, the Court ORDERS as follows:

1. This action is hereby dismissed with prejudice as against Defendant RICHARD THANG;

2. Each party shall bear its own attorney's fees and costs incurred in this action to date; and

3. As Defendant RICHARD THANG is the last remaining active Defendant in this action, this entire action as to all remaining claims is hereby terminated in full.

DATED: May 5, 2005

[APPROVED — Judge Edward M. Chen]

_____
Honorable Edward M. Chen
Judge of the United States District Court
Northern District of California

United States Magistrate Judge